IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GILBERT RODRIGUEZ VEGA,

    Plaintiff,

vs.                                          CASE NO. 5:09cv270/RS-EMT

WALTER McNEIL, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 36) and Plaintiff's Motion To Object (Doc. 37). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because of failure to state a claim.

3. The clerk is directed to close the file.

**ORDERED** on September 7, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**